IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TEVELA BASS, ) | |
| ) | Case No. 1:17-cv-05415 |
| Plaintiff, ) | |
| ) | Judge: Sharon Johnson Coleman |
| v. ) | |
| ) | Magistrate Judge: Daniel G. Martin |
| STATE COLLECTION SERVICE, INC., ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT STATE COLLECTION SERVICE, INC.'S**
**MOTION TO CHANGE SETTLEMENT CONFERENCE DATE**

NOW COMES Defendant, STATE COLLECTION SERVICE, INC., by and through its attorneys, and for its motion to change settlement date, states as follows:

1. On June 12, 2018, the parties agreed to attempt to resolve this case via a settlement conference, and this Court set a settlement conference for July 25, 2018.

2. Defendant is still desirous to engage in a settlement conference. However, the corporate representative from Defendant will be at an out-of-state conference on July 25 and will not be able to attend on July 25.

3. Defendant's counsel was not aware of this conflict at the hearing when the settlement conference date was set.

4. For clarification, Defendant's corporate representative will be available to engage in a settlement conference on August 1, 2, and 3, and August 15 and afterwards.

WHEREFORE, STATE COLLECTION SERVICE, INC., respectfully moves this Honorable Court to move the settlement conference from July 25, 2018, to any of the above-mentioned dates, and for any further relief that this Court deems equitable and just.

        Respectfully submitted,
        HINSHAW & CULBERTSON LLP

        /s/ *Louis J. Manetti, Jr.*
        Louis J. Manetti, Jr.

David M. Schultz
Jason L. Santos
Louis J. Manetti, Jr.
Hinshaw & Culbertson LLP
151 North Franklin St., Suite 2500
Chicago, IL 60606
Telephone: 312-704-3000
Facsimile: 312-704-3001
dschultz@hinshawlaw.com
jsantos@hinshawlaw.com
lmanetti@hinshawlaw.com

302130194v1 1001413

## **CERTIFICATE OF SERVICE**

      I, an attorney, hereby certify that on July 3, 2018, I electronically filed the foregoing Defendant's Motion to Change Settlement Conference with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

 

*/s/ Louis J. Manetti, Jr.*
Louis J. Manetti, Jr.
One of the Attorneys for Defendant
Hinshaw & Culbertson LLP
151 North Franklin St., Suite 2500
Chicago, IL 60606
Phone No.: 312-704-3000
Fax No. 312-704-3001
lmanetti@hinshawlaw.com